**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KENNETH CREAR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.  1:23-cv-3812** |
| | ) |
| **AMERICAN AIRLINES GROUP INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is

a member in good standing of the District of Columbia Bar and of this Court, hereby enters his

appearance in the above-titled action on behalf of Defendant American Airlines Group Inc.

Dated: April 5, 2024                                   Respectfully submitted,

                                                             /s/ Micah E. Ticatch
                                                             Micah E. Ticatch, DC Bar No. 1005398
                                                             ISLER DARE, P.C.
                                                             1945 Old Gallows Road, Suite 650
                                                             Vienna, Virginia 22182
                                                             (703) 748-2690
                                                             (703) 748-2695 (fax)
                                                             mticatch@islerdare.com

                                                             *Counsel for American Airlines Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April 2024 I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system which will serve a copy of the foregoing via

electronic mail upon the following:

Donald M. Temple, DC Bar No. #408749
DONALD M. TEMPLE, P.C.
1310 L Street, NW
Suite 750
Washington, D.C. 20005
Telephone: (202) 628-1101
Facsimile: (202) 628-1149
Email: dtemplelaw@gmail.com
*Counsel for Plaintiff*

　　　/s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Group, Inc.*

2