# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH CREAR, )
)
    Plaintiff, )
)
v. ) Case No. 1:23-cv-3812
)
AMERICAN AIRLINES GROUP INC., )
)
    Defendant. )
)

## DECLARATION OF DEVELYN SINGLETON

I, Develyn Singleton, under penalty of perjury, do hereby declare and say:

1. I am an adult and competent to make this declaration. I have personal knowledge of all facts set forth in this Declaration.

2. I am currently employed as Corporate Insurance & Risk Management for American Airlines, Inc. ("American Airlines"). In that capacity I have been authorized to act as a custodian of records for American Airlines and American Airlines Group Inc. ("AAG").

3. American Airlines is primarily in the business of providing air transportation for passengers. AAG is a holding company that owns, among other things, American Airlines.

4. Both AAG and American Airlines are Delaware corporations that each have their principal place of businesses located in Fort Worth, Texas.

5. According to the American Airlines' records, Plaintiff Kenneth Crear was a passenger on American Airlines' Flight 2598 on May 6, 2021.

6. Flight 2598 flew from Henry Reid International Airport (LAS) to Ronald Reagan National Airport (DCA).

7. Ronald Reagan National Airport is located in Arlington, Virginia

**I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge information and belief.**

Executed this 26th day of March 2024.

_____
Develyn Singleton