**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH CREAR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-3812 |
| AMERICAN AIRLINES GROUP INC., | ) |
| Defendant. | ) |

**ORDER**

UPON consideration of Defendant's Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED; and the case is hereby DISMISSED WITH PREJUDICE for lack of personal jurisdiction and for failure to state a claim.

Dated: _____, 2024

_____
Hon. Carl J. Nichols
United States District Judge