IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CREAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-3812 |
| AMERICAN AIRLINES GROUP INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT AMERICAN AIRLINES GROUP INC.'S
AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 26.1, I, the undersigned, counsel of record for Defendant American Airlines Group Inc., certify that Defendant is a publicly traded company (Nasdaq: AAL). The Vanguard Group currently owns approximately 11% of American Airlines Group, Inc.'s common stock. To the best of my knowledge and belief, there are no other parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Defendant, which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 11, 2024

Respectfully submitted,

/s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail and first class mail upon the following:

>Donald M. Temple, DC Bar No. #408749
>DONALD M. TEMPLE, P.C.
>1310 L Street, NW
>Suite 750
>Washington, D.C. 20005
>Telephone: (202) 628-1101
>Facsimile: (202) 628-1149
>Email: dtemplelaw@gmail.com
>*Counsel for Plaintiff*

>    /s/ Micah E. Ticatch
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for American Airlines Group, Inc.*

2