FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **KENNETH CREAR.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1:23 cv 03812-CJN |
| ) | |
| **AMERICAN AIRLINES GROUP INC.** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## PRAECIPE

**PLEASE TAKE NOTICE** that on March 18, 2024 counsel for Plaintiff served a copy of Plaintiff's Amended Complaint upon American Airline's retained counsel Micah E. Tichatch. Counsel indicated he was authorized to accept service via electronic mail (*mticatch@islerdare).* Plaintiff's Amended Complaint was filed on March 3, 2024.

Respectfully submitted

*Donald M. Temple*_____
Donald M. Temple Esq. (#459984)
2511-B Virginia Avenue, N.W.
Washington, DC 20037
(202) 628-1101 Phone
 Fax( 202) 217-2774
dtemplelaw@gmail.com