UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **KENNETH CREAR.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN AIRLINES GROUP INC.** )<br>)<br>Defendant. )<br>) | Case No.1:23 cv 03812-CJN |

**PLAINTIFF CREAR'S CONSENT MOTION TO ENLARGE THE
TIME IN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff Kenneth Crear by and through undersigned counsel, and respectfully submits this Consent Motion for Enlargement of Time in which to file an Opposition to Defendant's Motion to Dismiss until April 29, 2023. Reasons for said motion are stated more fully in the attached Memorandum of Points and Authorities. Plaintiffs consents to the requested relief.

Respectfully submitted,

*/s/ Donald M. Temple*
Donald M. Temple, Esq.
Temple Law Offices
2522-B Virginia NW
Washington, DC 20037
Tel: (202) 628-1101
Fax: (202) 217-2774
dtemplelaw@gmail.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **KENNETH CREAR.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1:23 cv 03812-CJN |
| ) | |
| **AMERICAN AIRLINES GROUP INC.** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF THE TIME IN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Plaintiff Kenneth Crear, by and through undersigned counsel, and respectfully moves this Honorable Court for Enlargement of Time in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss.

The undersigned respectfully seeks a brief enlargement of time in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss. In addition to the extensive legal arguments in Defendant's Motion which require careful research the undersigned's professional and personal schedule are impeded due to an office relocation and reorganization. The undersigned would note the sudden loss on April 6, 2024 of close professional and personal colleague, previously associated with his law firm.

For these reasons, the undersigned seeks a brief enlargement of time in which to respond Defendant's Motion to Dismiss until April 29, 2024. Defendant consents to the requested enlargement.

WHEREFORE, Plaintiff urges this court to grant the immediate relief.

Respectfully submitted,

***/s/ Donald M. Temple***
Donald M. Temple, Esq.
Temple Law Offices
2522-B Virginia Avenue
Washington, DC 20037
Tel: (202) 628-1101
Fax: (202) 217-2774
dtemplelaw@gmail.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **KENNETH CREAR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:23 cv 03812-CJN |
| | ) |
| **AMERICAN AIRLINES GROUP INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for an enlargement of time in which to file Plaintiff's Opposition to Defendant's Motion to Dismiss and its Memorandum of Points and Authorities, it is this ___day of _____, 2024, hereby ORDERED, that the Motion is GRANTED.

_____
Judge

Copies to:

Attorneys of Record