UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **KENNETH CREAR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:23-CA- 03812-CJN |
| | ) |
| **AMERICAN AIRLINES GROUP INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through undersigned counsel, and respectfully file this Motion for Leave to file Plaintiff's Second Amended Complaint. Defendant has not consented to this motion. Reasons in support thereof are stated in the attached Memorandum of Points and Authorities.

Respectfully submitted,

*/s/Donald M. Temple*
Donald M. Temple #408749
Washington, D.C. 20005
Tel: (202) 628-1101
Fax: (202) 628-1149
Dtemplelaw@gmail.com

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **KENNETH CREAR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:23-CA- 03812-CJN |
| | ) |
| **AMERICAN AIRLINES GROUP INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, and respectfully submit this Memorandum of Points and Authorities in Support of its Motion for Leave to File Plaintiff's Second Amended Complaint.  In response to Defendant's Motion to Dismiss. Plaintiff seeks to clarify its factual and legal claim, and its asserted basis for this court's specific jurisdiction .

I.  **LEGAL STANDARD**

Even when leave is not available as a matter of course, this Court must employ the liberal leave policy of Rule 15(a)(2), as made clear by the Supreme Court in *Foman v. Davis*, 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). Rule 15 of the Federal Rules of Civil Procedure provides that after the initial opportunity for the amendment of pleadings

2

has expired, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2); *Pyramid National Van Lines, Inc. v. Goetze*, 66 A.2d 693,695 (D.C. 1949); *Johnson v. Fairfax Village Condo IV*, 641 A.2d 495, 501 (D.C. 1994). *Johnson* also provides that "although the decision rests within the trial court's discretion, the policy which favors resolution of cases on the merits imposes a 'virtual presumption' that leave should be granted absent sound reasons which dictate a contrary result." *Johnson* at 501.

Further, the Rules allow amending complaints even during and after trial. Fed. R. Civ. P. 15(b)(1). The objective is to ensure a complete adjudication of the claims on their merits. Courts generally recognize that, unless there are absolutely new claims with entirely new facts and new parties, the prejudice is minimal even if there are numerous claims arising out of the same basic fact pattern. Indeed, the "court should freely permit an amendment when doing so will aid in presenting the merits and the objecting party fails to" sway the court that the evidence is prejudicial or impairs its defense on the merits. *Id.*

II.     **ARGUMENT**

In this jurisdiction, courts have determined leave to amend should be permitted based upon the *Foman* requirements, *i.e.*, unless there is undue delay, bad faith, dilatory motive, repeated failure to cure, undue prejudice, or futility. *Shekoyan v. Sibley Int'l Corp.*, 217 F.Supp.2d 59,74 (D.D.C. 2002) (Walton, J) (quoting *Firestone v Firestone*, 75 F.3d

1205, 1209 (D.C. Cir. 1996).

Plaintiff's Proposed SAC responds to Defendant's Motion regarding Plaintiff's asserted subject matter and personal jurisdiction issues. Plaintiff's proposed amendment is by no means dilatory nor the offspring of procrastination. Plaintiff asserts a clear constitutional issue rooted in 42 USC Section 1981, and spells out a definitive basis for this court's assertion of personal jurisdiction over Defendant. Plaintiff's motion facilitates judicial efficiency and economy by more artfully stating its claims in order to better resolve Plaintiff's claim on its merits.

### IV.  CONCLUSION

WHEREFORE, Plaintiff respectfully urges this Honorable Court to grant the immediate Motion and to allow Plaintiff leave to file his Second Amended Complaint, and further that said Complaint be deemed filed.

Respectfully submitted,

*/s/Donald M. Temple*
Donald M. Temple, Esq.
2522-A Virginia Avenue, N.W.
Washington, DC 20037
202-628-1101
202-2`7-2774 fax
Dtemplelaw@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **KENNETH CREAR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.1:23-CA- 03812-CJN |
| | ) |
| **AMERICAN AIRLINES GROUP INC.** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PROPOSED ORDER**

This matter having come before the court upon the filing of the Plaintiff's Motion for Leave to File its Second Amended Complaint, and the court having considered Defendant's Opposition and the record herein, on this ___ day of _____, 2024, it is hereby

**ORDERED** that the Plaintiffs' Motion for Leave is **HEREBY GRANTED.**

_____
Judge, US District Court

5