IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CREAR, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-3812 |
| AMERICAN AIRLINES GROUP INC., | ) |
|       Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant moves for a 10-day extension of time to file its brief in reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. In support of this Motion, Defendant states as follows:

1. Defendant filed its Motion to Dismiss on April 5, 2024. (Dkt. 7.)

2. Plaintiff's Opposition was initially due on April 19, 2024. Plaintiff sought and received, with Defendant's consent, an extension of that deadline by 10 days to April 29, 2024. (*See* Dkt. 11.)

3. Because Plaintiff filed his Opposition brief (Dkt. 12) on April 29, 2024, Defendant's reply brief is currently due on May 6, 2024.

4. Due to other conflicting litigation deadlines, Defendant's counsel requires additional time to adequately respond to the Opposition. Plaintiff has consented to an extension of time equal to the extension he received in filing his Opposition.

5. There are no deadlines currently pending in this matter that would be affected by the granting of this extension.

1

6.   Defendant has not previously sought an extension in this matter.

Wherefore, Defendant requests its deadline to file a reply brief be extended by 10 days until May 16, 2024.

Dated: May 3, 2024

Respectfully submitted,

/s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com

*Counsel for American Airlines Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3d day of May 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will also serve a copy of the foregoing via electronic mail and first class mail upon the following:

>Donald M. Temple, DC Bar No. #408749
>DONALD M. TEMPLE, P.C.
>1310 L Street, NW
>Suite 750
>Washington, D.C. 20005
>Telephone: (202) 628-1101
>Facsimile: (202) 628-1149
>Email: dtemplelaw@gmail.com
>*Counsel for Plaintiff*

>          /s/ Micah E. Ticatch
>Micah E. Ticatch, DC Bar No. 1005398
>ISLER DARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, Virginia 22182
>(703) 748-2690
>(703) 748-2695 (fax)
>mticatch@islerdare.com
>
>*Counsel for American Airlines Group, Inc.*

3