IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CREAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-3812 |
| | ) |
| AMERICAN AIRLINES GROUP INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

UPON consideration of Defendant's Motion for Extension of Time to File Reply, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Defendant shall file any reply to Plaintiff's Opposition on or before May 16, 2024.

Dated: _____, 2024

_____
Hon. Carl J. Nichols
United States District Judge