# EXHIBIT 1

Case 1:23-cv-03812-CJN   Document 15-1   Filed 05/13/24   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH CREAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-3812 |
| | ) |
| AMERICAN AIRLINES GROUP INC., | ) |
| | ) |
| Defendant. | ) |

## SECOND DECLARATION OF DEVELYN SINGLETON

I, Develyn Singleton, under penalty of perjury, do hereby declare and say:

1. I am an adult and competent to make this declaration. I have personal knowledge of all facts set forth in this Declaration.

2. As I stated in my prior Declaration, Defendant American Airlines Group Inc. ("AAG") is a holding company.

3. Defendant AAG has its headquarters and principal place of business in Fort Worth, Texas.

4. I understand that in Plaintiff's Opposition to Defendant's Motion to Dismiss states that Defenant AAG has a "National Lobbying office in the District of Columbia." (*See* Dkt. 12 at 3, 7.) This is not accurate. AAG has no offices or employees in D.C.

5. I understand that in Plaintiff's Proposed Second Amended Complaint, Plaintiff alleges that AAG:

> operates a legislative office in the District of Columbia[.] Further, [AAG] engages in significant business in the District of Columbia where it sells tickets directly and through travel agents to thousands of D.C. residents and businesses and earns a substantial profit from its sales. It also operates a National Legislative Office in the District of Columbia."

(Dkt. 13-1, ¶ 3.) This is not accurate. AAG has no offices in D.C., nor does it "sell tickets" in D.C.

6. As best as can be discerned, Plaintiff has confused Defendant AAG, a holding company, with one of its subsidiaries, American Airlines, Inc.

1

I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge information and belief.

Executed this  9th  day of May 2024.

*Develyn Singleton*

2